# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

Clifford W. Taylor,
Chief Justice

134771

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SANDRA LAHTINEN,
            Plaintiff-Appellee,

v

MICHIGAN EDUCATION SUPPORT
PERSONNEL – WUPEA/MEA-NEA,
            Defendant-Appellant.

SC: 134771
COA: 266907
Gogebic CC: 04-000080-CK

_____/

On order of the Court, the application for leave to appeal the June 19, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

_____
Clerk

p1217